UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| BOBBY KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 4:14-CV-42-D** |
| CAROLYN W. COLVIN, Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security shall pay to Plaintiff's counsel the sum of $12,000.00, and that Plaintiff's counsel shall pay to Plaintiff the sum of $3,330.00. Upon the payment of such sums, this case is dismissed with prejudice.

**This Judgment Filed and Entered on January 15, 2016, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF Notice of Electronic Filing) |
| Mark J. Goldenberg | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| January 15, 2016 | (By) /s/ Crystal Jenkins |
| | Deputy Clerk |